AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.               DATE FILED<br>15-cv-08558-DLC          10/30/2015 | **U.S. DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Michael Grecco | Associated Press et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order      ☐ Judgment | ☐ Yes      ☑ No | 11/18/2015 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | s/J. Kertes | 11/19/2015 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL GRECCO, | Civil Case No. 15-CV-08558 |
| *Plaintiff*, | |
| v. | **NOTICE OF DISMISSAL** |
| ARKANSAS DEMOCRAT-GAZETTE, INC.; *et al.* | |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that Plaintiff Michael Grecco, by and through undersigned counsel, hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: November 16, 2015
         New York, New York

                              NELSON & McCULLOCH LLP

By: _____
                              Kevin P. McCulloch (KM0530)
                              155 East 56th Street
                              New York, New York 10022
                              T: (212) 355-6050
                              F: (646) 308-1178
                              *Counsel for Plaintiff*

1

Danial A. Nelson (DN4940)
Kevin P. McCulloch (KM0530)
Nate A. Kleinman (NK3168)
NELSON & McCULLOCH LLP
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL GRECCO,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ARKANSAS DEMOCRAT-GAZETTE, INC.;<br>ASSOCIATED PRESS; GATEHOUSE MEDIA<br>ARKANSAS HOLDINGS, INC.; THE MCCLATCHY<br>COMPANY; NORTHWEST ARKANSAS<br>NEWSPAPERS, LLC; THE SAN DIEGO UNION-<br>TRIBUNE, LLC; TELEGRAPH MEDIA GROUP<br>LIMITED; and JOHN DOES 1-100<br><br>    *Defendants*. | Civil Case No.<br><br><br>**COMPLAINT AND JURY<br>DEMAND** |

Plaintiff MICHAEL GRECCO ("Plaintiff"), by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of this Court, hereby demands a trial by jury of all claims and issues so triable, and for his Complaint against Defendants ASSOCIATED PRESS; ARKANSAS DEMOCRAT-GAZETTE, INC.; THE MCCLATCHY COMPANY; TELEGRAPH MEDIA GROUP LIMITED; NORTHWEST ARKANSAS NEWSPAPERS, LLC; GATEHOUSE MEDIA, ARKANDSAS HOLDINGS,

1

INC.; THE SAN DIEGO UNION-TRIBUNE, LLC; and JOHN DOES 1-100 (collectively "Defendants"), hereby asserts and alleges as follows:

## NATURE OF THE ACTION AND RELIEF SOUGHT

1.      This is an action for copyright infringement and related claims brought against Defendants for unauthorized and infringing uses of Plaintiff's photograph as alleged herein.

2.      Plaintiff seeks damages and other relief related to Defendants' knowing and willful infringement of Plaintiff's copyrights in the original work identified.

## THE PARTIES

3.      Plaintiff Michael Grecco ("Grecco") is a resident of the State of California.

4.      Plaintiff is a professional photographer who makes his living by creating and licensing photographs.

5.      Defendant Associated Press ("AP"), a New York Corporation, describes itself as a not-for-profit news "cooperative" that is owned by and made up of over 1,400 newspapers and media organizations.  AP's headquarters are located in New York, New York.

6.      Upon information and belief, Defendant Arkansas Democrat-Gazette, Inc. ("ADG"), an Arkansas Corporation, is a publishing company that owns and operates the "Arkansas Online" website located at www.arkansasonline.com and maintains its primary place of business in Little Rock, Arkansas.

7.      Upon information and belief, Defendant Northwest Arkansas Newspapers, LLC ("NWAN"), an Arkansas limited liability company, is a publishing company with its primary place of business in Little Rock, Arkansas.

8.      Upon information and belief, Defendant GateHouse Media Arkansas Holdings, Inc. ("GateHouse"), a Delaware Corporation, owns numerous publishing companies and

newspapers, including Defendant NWAN, and maintains a registered agent in Little Rock, Arkansas.

9.     Upon information and belief, Defendant Telegraph Media Group Limited ("Telegraph") is a publishing company that owns and operates The Daily Telegraph print newspaper and website located at www.telegraph.co.uk, with its primary place of business in London, England.

10.     Upon information and belief, Defendant The McClatchy Company ("McClatchy"), a Delaware Corporation, is a publishing company that owns and operates the Sacramento Bee ("SacBee") print newspaper and website located at www.sacbee.com. Defendant McClatchy's primary place of business is in Sacramento, California.

11.     Upon information and belief, Defendant The San Diego Union-Tribune, LLC ("SDUT"), a Delaware limited liability company, is a publishing company that owns and operates The San Diego Union-Tribune print newspaper and website located at www.sandiegouniontribune.com.  SDUT's primary place of business is in San Diego, California.

12.     Defendants John Does 1-100 are additional known but as-of-yet-unascertained AP subscribers and customers to whom AP distributed copies of Plaintiffs' photograph at issue here.

13.     Together, Defendants ADG, NWAN, GateHouse, McClatchy, Telegraph, SDUT, and John Does 1-100 are referred to herein as "the Publisher Defendants."

**JURISDICTION AND VENUE**

14.     Jurisdiction for Plaintiff's claims lies with the United States District Court for the Southern District of New York pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*, and 28 U.S.C. § 1338(a) (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights).

15.     This Court also has jurisdiction over Plaintiff's claims pursuant 28 U.S.C. § 2201 which authorizes the Court to declare the rights and other legal relations between the parties.

16.     Venue is proper in this Court under 28 U.S.C. §§ 1391(a) and (b) because Defendants conduct substantial business within the State of New York, infringed Plaintiff's copyrights within the State of New York, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in the State of New York; and under 28 U.S.C. § 1400(a) since the alleged misconduct by Defendants occurred in this District and/or because Defendants may be found in this District.

17.     This Court has personal jurisdiction over AP because its headquarters are located in this District.

18.     This Court has personal jurisdiction over the Publisher Defendants because they conduct substantial business in the State of New York; infringed Plaintiff's copyrights in the State of New York as described herein; purposefully targeted activities to and systematically transacted, conducted, and solicited business in this District, including through their ongoing relationship and dealings with AP; and because they obtained the copy of Plaintiff's photograph at issue in this lawsuit from AP in New York.

**FACTUAL ALLEGATIONS**

19.     Plaintiff created and owns all copyrights in the following photograph (the "Photograph"):



20.    The Publisher Defendants published Plaintiff's Photograph without a license, including but not limited to on their websites and other online/digital publications.

21.    Attached hereto as Exhibit 1 is a true and correct copy of screen captures of the Publisher Defendants' websites demonstrating that they published the Photograph.

22.    Upon information and belief, the Publisher Defendants obtained copies of Plaintiffs' Photograph from AP.

23.    Upon information and belief, AP distributed copies of Plaintiff's Photograph to all of its wire service subscribers at the time, and did so on more than one occasion.

24.    Upon information and belief, AP had the right and ability to prevent the infringing acts of the Publisher Defendants.  Among other things, AP has the practical ability to not provide copies of photographs to its subscribers.  AP also has the right and ability to send directives to its subscribers ordering them to stop using image content provided by AP.

25.    AP and the Publisher Defendants also infringed Plaintiff's copyrights by retaining copies of the Photograph in their "file" archives and publishing (and/or allowing/authorizing/directing others to publish) the Photograph.

26.    AP did not have permission from Plaintiff to distribute copies of Plaintiff's Photograph to its wire subscribers.

27.    AP did not have permission from Plaintiff to authorize its subscribers to maintain archive or "file" copies of the Photograph, or to republish the Photograph years after its initial distribution.  Nor did the Publisher Defendants have a license to do so.

28.    Plaintiff presently lacks information necessary to determine the full and complete scope of the infringing uses of his Photograph by Defendants.  Upon information and belief, a

reasonable opportunity for discovery will yield evidence that the infringing uses identified in Exhibit 1 are not the complete scope of the Defendants' uses of the Photograph.

## COUNT I
## COPYRIGHT INFRINGEMENT
## AGAINST ALL DEFENDANTS

29.     Plaintiff repeats and re-alleges each allegation set forth in all paragraphs above as if set forth fully herein.

30.     Plaintiff created and is the owner of all copyrights in and to the Photograph.

31.     Plaintiff registered his copyrights in the Photograph with the U.S. Copyright Office.

32.     AP and the Publisher Defendants used, published, distributed, and/or otherwise used and exploited Plaintiff's Photograph as alleged herein without authorization or license.

33.     By making unauthorized uses of the Photograph, AP and the Publisher Defendants misappropriated Plaintiff's intellectual property for their own profit, causing Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

34.     AP and the Publisher Defendants' unauthorized use of Plaintiff's copyrighted Photograph was willful.

35.     Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including AP and the Publisher Defendants' profits attributable to the infringing use of Plaintiff's creative work, and the damages suffered as a result of the lack of compensation, credit, and attribution.  Plaintiff also seeks all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

## COUNT II
## CONTRIBUTORY and/or VICARIOUS COPYRIGHT INFRINGEMENT
## AGAINST AP

36.     Plaintiff repeats and re-alleges the allegations above as if set forth fully herein.

6

37.     AP distributed copies of Plaintiff's copyrighted Photograph to its customers without valid permission from Plaintiff, who is the only party authorized to allow such editorial uses of the Photograph.

38.     Through its actions, AP materially contributed to, facilitated, induced, or otherwise is responsible for the directly infringing acts carried out by the Publisher Defendants and yet-to-be-ascertained John Doe defendants.

39.     AP had the right and ability to prevent the Publisher Defendants, including the John Doe subscribers, from copying and publishing Plaintiff's Photograph.

40.     AP obtained direct financial benefits from the infringements of the Publisher Defendants.

41.     By copying, distributing, displaying, publishing, and otherwise exploiting Plaintiff's copyrighted Photograph, each of the Publisher Defendants infringed Plaintiff's copyrights and caused Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

42.     Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including Defendants' profits attributable to the infringements, and damages suffered as a result of the lack of compensation, credit, and attribution and from any diminution in the value of Plaintiff's copyrighted work.  Plaintiffs also seek all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

**WHEREFORE,** Plaintiff respectfully prays for judgment on his behalf and for the following relief:

1.     A preliminary and permanent injunction against Defendants precluding Defendants from displaying, advertising, promoting, and/or selling the infringing publications

7

identified herein, and requiring Defendants to deliver to the Court for destruction or other appropriate disposition all relevant materials, including digital files of Plaintiff's photograph and all copies of the infringing materials described in this complaint, that are in the control or possession or custody of Defendants;

    2.     All allowable damages under the Copyright Act, including but not limited to, statutory or actual damages, including damages incurred as a result of Plaintiff's loss of licensing revenue, Defendants' lack of attribution, and Defendants' profits attributable to infringement;

    3.     Plaintiff's full costs, including litigation expenses, interest, and any other amounts authorized under law, and attorneys' fees incurred in pursuing and litigating this matter;

    4.     Any other relief authorized by law, including punitive and/or exemplary damages; and

    5.     For such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**
Dated October 30, 2015
New York, New York

Respectfully submitted,

NELSON & McCULLOCH LLP

By: _____

Danial A. Nelson (DN4940)
Kevin P. McCulloch (KM0530)
Nate A. Kleinman (NK3168)
155 East 56th Street
New York, New York 10022
T: (212) 355-6050
F: (646) 308-1178
*Attorneys for Plaintiff*

# EXHIBIT 1

Case 1:15-cv-08558-DLC   Document 1-1   Filed 10/30/15   Page 12 of 34

Twitter      Facebook      Reddit      Email      Share

# Gallery: The truth is six new X-Files episodes

David Duchovny and Gillian Anderson will reprise their roles as FBI agents Fox Mulder and Dana Scully.

11 of 11



Actors Gillian Anderson and David Duchovny, who portray FBI agents in the Fox series "The X-Files," are shown in this 1994 file photo. "The X-Files," which focuses on investigating paranormal and extraterrestrial mysteries, was nominated for an Emmy for best drama series. | MICHAEL GRECCO / AP



ImageRights Sightings    Gallery: The truth is six new ...    Case 1:15-cv-08558-DLC    Document 5-1    Filed 11/30/15    Page 14 of 44

www.sacbee.com/entertainment/article16216685.html    xfiles grecco-fox

MG Michael Grecco P...    Michael Grecco | P...    My account | LE B...    MG liveBooks editSuite    W WORKBOOK Phot...




Actors Gillian Anderson and David Duchovny, who portray FBI agents in the Fox series "The X-Files," are shown in this 1994 file photo. "The X-Files," which focuses on investigating paranormal and extraterrestrial mysteries, was nominated for an Emmy for best drama series.

**MICHAEL GRECCO / AP**


Free Obituary Search
obituaries.ancestry.com
Find obituaries, death & cemetery records & view online now.




Michaels    Give mom the gift with **thousands** of possibilities.    Celebrate MOM    BUY A GIFT CARD ›

# THE SACRAMENTO BEE

**SUBSCRIPTIONS**
Subscribe
Customer Service
e-Edition
Media in Education (MIE)
Newsletters

**SITE INFORMATION**
Customer Service
About Us
Contact Us
FAQ
Site Map

**SOCIAL, MOBILE & MORE**
Smartphone and Tablet Apps, e-Edition
Mobile Alerts
Facebook
Twitter
YouTube
Google+

**ADVERTISING**
Place a Classified Ad
Place a Legal Notice
Place a Digital Ad
Place a Newspaper Ad

Copyright    Commenting Policy    Privacy Policy    Terms of Service

Nå er hovedrolle-innehaver David Duchovny optimist:

# Tror på nye episoder av «X-Files»



DEN GANG DA: Gillian Anderson David Duchovny slik vi husker dem da «X-files» hadde premiere på TV 2 i 1994.
 MICHAEL GRECCO, AP

Av JØRN PETTERSEN
(VG) 02.03.2015 10:02 - oppdatert 02.03.2015 10:51

**Mange tror det ikke før de ser det, men etter en pause på ti år, vurderer nå Fox Television seriøst å vekke «X-Files» til live igjen.**

I et intervju på amerikansk TV, bekrefter David Duchovny, som spilte en av hovedrollene i serien, at utsiktene er lyse.

– Mye lysere enn de var for to uker siden, sier Duchovny ifølge den engelske avisen The Mirror.

Dermed bærer han ytterligere mer ved til bålet som ble tent av styreformannen i Fox, Gary Newman, da han for en tid tilbake gikk ut og bekrefter at duoen Mulder og Scully sannsynligvis var på vei tilbake til skjermen.

– Jeg kan bekrefte at vi har hatt samtaler om å lage nye episoder av «X-Files» og at vi håper at det kan bli noe av, sa Newman i midten av januar.

Etter det har spekulasjonene gått høyt om hvorvidt det er Gillian Anderson og David Duchovny som nok en gang skal spille hovedrollene i serien.

– Som sagt, det ser lyst ut, er alt Duchovny vil si på det nåværende tidspunkt, samtidig som han bekrefter at han er i forhandlinger med Fox.



*FILM-PREMIERE: Siste gang vi så David Duchovny og Gillian Anderson sammen i forbindelse med «X-files» var da film nummer to hadde premiere i 2008.*

*Foto: MAX NASH, AFP*

Det er i så fall ikke første gang han mer eller mindre gjør helomvending når det gjelder sitt forhold til agent Mulder. Rundt år 2000 var han var møklei «X-Files» og var sjeleglad for at kontrakten var utgått – men etter at produsentene kom med et attraktivt økonomisk tilbud, ombestemte han seg og takket ja til nye episoder.

– Folk falt for «X-Files» nettopp fordi vi fortalte én spennende og gåtefull historie per episode, har David Duchovny tidligere gitt som en av forklaringene på at X-Files slo så godt an som det gjorde.

Her i Norge er serien blitt løftet frem som en av bærebjelkene til TV 2 i kanalens barndom.

- «X-files er en godt produsert og spenningsfylt serie som drar deg til seg og holder deg fast», skrev VG-anmelderen i 1994 da serien ble vist for første gang.

Men det betyr ingen måte at alt «X-Files»-gjengen har tatt i er blitt til gull. VGs anmelder var bare sånn passe fornøyd da den første «X-Files»-filmen kom i 1998.

– I noen år har vi levd med dette fenomen i TV-serien. Vår første begeistring har lagt seg. Og den revitaliseres ikke akkurat med denne filmen, skrev vår anmelder den gang.

David Duchovny om X-Files: - Jeg synes den er veldig bra

Case 1:15-cv-08558-DLC   Document 1-1   Filed 10/30/15   Page 17 of 44





DEN GANG DA: Gillian Anderson David Duchovny slik vi husker dem da «X-files» hadde premiere på TV 2 i 1994.
MICHAEL GRECCO, AP

Tror på nye episoder av «X-...      +

www.vg.no/rampelys/tv/tror-paa-nye-episoder-av-x-files/a/23406318/

Search

MG Michael Grecco P...    Michael Grecco | P...    My account | LE B...    MG liveBooks editSuite    W WORKBOOK Phot...



0,99
pr. MB i EU

NÅ ER DET
BILLIG

... å surfe, snappe
og chatte i utlandet!

*Gjelder i BU/EØS for
SpeakOut-abonnement

Chess



DEN GANG DA: Gillian Anderson David Duchovny slik vi husker dem da «X-files» hadde premiere på TV 2 i 1994.
MICHAEL GRECCO, AP

Av **JØRN PETTERSEN**

(VG) 02.03.2015 10:02 – oppdatert 02.03.2015 10:51          💬 17

    ✉        A  A

**Mange tror det ikke før de ser det, men etter en pause på ti år, vurderer nå Fox Television seriøst å vekke «X-Files» til live igjen.**

I et intervju på amerikansk TV, bekrefter David Duchovny, som spilte en av hovedrollene i serien, at utsiktene er lyse.


MØTEPLASSEN.NO
Varmer Norges Hjerter

– Mye lysere enn de var for to uker siden, sier Duchovny ifølge den engelske avisen The Mirror.

Dermed bærer han ytterligere mer ved til bålet som ble tent av styreformannen i Fox, Gary Newman, da han for en tid tilbake gikk ut og bekrefter at duoen Mulder og Scully sannsynligvis var på vei tilbake til skjermen.

– Jeg kan bekrefte at vi har hatt samtaler om å lage nye episoder av «X-Files» og at vi håper at det kan bli noe av, sa Newman i midten av januar.

Etter det har spekulasjonene gått høyt om hvorvidt det er Gillian Anderson og David Duchovny som nok en gang skal spille hovedrollene i serien.

– Som sagt, det ser lyst ut, er alt Duchovny vil si på det nåværende tidspunkt, samtidig som han bekrefter at han er i forhandlinger med Fox.

FILM-PREMIERE: Siste gang vi så David Duchovny og Gillian Anderson sammen i forbindelse med «X-files» var da film nummer to hadde premiere i 2008.

### Siste saker fra TV

Bruce Jenner hylles for åpenheten 25.04.2015, 20:18

Argentinsk dommer refser Clarkson 25.04.2015, 15:57

Antonsen om Golden: – Dette klarer han med henda på ryggen 25.04.2015, 21:12

Richard Hammond trekker seg fra «Top Gear» 24.04.2015, 17:36

Spoiler: Sjokk-dødsfall i «Grey's Anatomy» 24.04.2015, 11:39

**Til TV**

annonse


girl model

Nadya (13) mister jobben om hun går opp 1 cm over midjen

### Siste Rampelys

Slik ble svenskeprinsens forlovede drukket ut 26.04.2015, 05:51

Bruce Jenner hylles for åpenheten 25.04.2015, 20:16

Argentinsk dommer refser Clarkson 25.04.2015, 15:57

Venter i spenning på ny kongelig baby 25.04.2015, 11:44

Bruce Jenner: Jeg er en kvinne 25.04.2015, 03:07

**Til Rampelys**

### Diskusjon - TV-program

Paradise Hotel 2015
Av att (2872 innlegg)

ack värmland
Av charlie27 (8 innlegg)

Paradise Hotel 2015 *spoilertråd*
Av kibby (434 innlegg)

silicon valley
Av charlie27 (9 innlegg)

Game of Thrones - For oss som har lest bøkene
Av Amused99 (4442 innlegg)

annonse



Chess

MG Michael Grecco P...   Michael Grecco | P...   My account | LE B...   MG liveBooks editSuite   W WORKBOOK Phot...



*FILM-PREMIERE: Siste gang vi så David Duchovny og Gillian Anderson sammen i forbindelse med «X-files» var da film nummer to hadde premiere i 2008.*

*Foto: MAX NASH, AFP*

Det er i så fall ikke første gang han mer eller mindre gjør helomvending når det gjelder sitt forhold til agent Mulder. Rundt år 2000 var han var møkklei «X-Files» og var sjeleglad for at kontrakten var utgått – men etter at produsentene kom med et attraktivt økonomisk tilbud, ombestemte han seg og takket ja til nye episoder.

– Folk falt for «X-Files» nettopp fordi vi fortalte én spennende og gåtefull historie per episode, har David Duchovny tidligere gitt som en av forklaringene på at X-Files slo så godt an som det gjorde.

Her i Norge er serien blitt løftet frem som en av bærebjelkene til TV 2 i kanalens barndom.

– «X-files er en godt produsert og spenningsfylt serie som drar deg til seg og holder deg fast», skrev VG-anmelderen i 1994 da serien ble vist for første gang.

Men det betyr ingen måte at alt «X-Files»-gjengen har tatt i er blitt til gull. VGs anmelder var bare sånn passe fornøyd da den første «X-Files»-filmen kom i 1998.

– I noen år har vi levd med dette fenomen i TV-serien. Vår første begeistring har lagt seg. Og den revitaliseres ikke akkurat med denne filmen, skrev vår anmelder den gang.



David Duchovny om X-Files: - Jeg synes den er veldig bra





### Les også



**Babylykke for «Scully»**
(VG Nett) Gillian Anderson (40) kjent fra TV-serien «X-Files», fødte i forrige uke en velskapt sønn.



annonse

Ingenting slår virkeligheten
VG TV

Chess

### På forsiden nå

Én omkom etter utforkjøring i Agder


– I natt sover tusenvis på gaten i Nepal


– 18 døde på Mount Everest


Google-sjef Dan Fredinburg omkom på Mount Everest

Frykter nye skjelv: - Vi kan bli begravd levende

VG TV

Til forsiden

Kommersielt samarbeid

**VG Rabattkoder**

Spaceworld rabattkoder
Oppdatert onsdag, 15. april 2015

HBO Nordic rabattkoder
Oppdatert torsdag, 16. april 2015

Komplett rabattkoder
Oppdatert torsdag, 16. april 2015

Lekmer rabattkoder
Oppdatert lørdag, 25. april 2015

Dustin home rabattkoder
Oppdatert fredag, 24. april 2015



Chess

Tror på nye episoder av «X-... ×    +

www.vg.no/rampelys/tv/tror-paa-nye-episoder-av-x-files/a/23406318/                    C    Q Search

MG Michael Grecco P...    Michael Grecco | P...    My account | LE B...    MG liveBooks editSuite    W WORKBOOK Phot...



Matt VanDyke, mammagutt og Gaddafi-jeger.
«I needed to become a man. Fast»

## Kommentarer

Har du en mening om denne saken? Vi løfter ofte opp de beste kommentarene! Du må bruke ditt
egentlige navn, vær saklig, respekter andres meninger og husk at mange kan se hva du skriver.
Brudd på reglene kan føre til utestengelse.
Vennlig hilsen Øyvind Solstad, ansv. for brukerinvolvering og sosiale medier i VG.
Les mer om vår moderering

12 Comments                                              Sort by  Eldste ▾

Add a comment...

**Kenneth Gramstad** · University of Stavanger
Viss serien vekkes, la oss slippe å se disse disse via Tv2 sine kanaler.
Like · Reply · 👍 2 · 2. mars 2015 01:32

    **Robin Kristiansen** · Nordstrand Videregående Skole
    Hvorfor det?
    Like · Reply · 👍 9 · 2. mars 2015 02:52

**Roger Karlsen** · Administrerende arbeidskule hos Selvstendig næringsdrivende
Gleder meg. 🙂
Like · Reply · 👍 5 · 2. mars 2015 01:39

**Aleksander Andersen** · Composer hos Singer-songwriter
Skal X-Files gjøre et comeback så vær så snill å ikke ha noen nye, glanspolerte
skuespillere! Det gjør seg ikke for serien!
Like · Reply · 👍 7 · 2. mars 2015 01:42

**Bjørn Tønseth**
NRK kan jo vise alt helt fra starten om igjen – minutt for minutt.....
Like · Reply · 👍 3 · 2. mars 2015 02:04

    **Jon Anders Aasbakk** · Senior Produktkonsulent hos Terra Forsikring AS
    Ligger X-Files på NRK?
    Like · Reply · 2. mars 2015 05:07

    **Bjørn Tønseth**
    Jon Anders Aasbakk alt handler om rettigheter.... og NRK har mye penger...
    Like · Reply · 2. mars 2015 06:11

    **Ståle Eliassen** · Jobber for Hjemmeværende husfar
    Nå har vel NRK snakket om nedbemanning og oppsigelser i den siste tiden.
    Så det er vel ikke et tegn på at de har mye penger.....
    Like · Reply · 2. mars 2015 06:16

**Davor Voljevica**
Dagens glad melding.Elsker X-files.
Like · Reply · 👍 2 · 2. mars 2015 02:28

**Eduardo Andres Galvez** · Oslo, Norway
Detta er ikke noe nytt, var snakk om å gjøre 2 sesonger til når David, Gillian og
selveste Chris Carter var på ComicCon i fjor! Så old news VG..
Like · Reply · 👍 1 · 2. mars 2015 03:36

**Lars Ask Blømacher** · Universitetet i Stavanger
Høres ut som Supernatural får konkurranse av en god klassiker.
Like · Reply · 2. mars 2015 03:37

0,99 pr. MB i EU

NÅ ER DET BILLIG
... å surfe, snappe
og chatte i utlandet!

*Gjelder i EU/EØS for
Chess/Mobil-abonnement.

Chess

Chess

Tror på nye episoder av «X-... ×  +

www.vg.no/rampelys/tv/tror-paa-nye-episoder-av-x-files/a/23406318/

Search

MG Michael Grecco P...    Michael Grecco | P...    My account | LE B...    MG liveBooks editSuite    W WORKBOOK Phot...

Case 1:15-cv-08858-LLC  Document 51  Filed 11/19/15  Page 22 of 44








0,99
pr. MB I EU

NÅ ER DET
BILLIG
... å surfe, snappe
og chatte i utlandet!

*Gjelder i EU/EØS for
SjakkMatt abonnement

## Les også



**Babylykke for «Scully»**
(VG Nett) Gillian Anderson (40) kjent fra TV-serien «X-Files», fødte i forrige
uke en velskapt sønn.

21.10.2008, 12:25



**Vil tro på X-Files-suksess**
LONDON(VG Nett) Til tross for en dårlig start på kinolistene i USA, tror
skuespiller David Duchovny at filmen «X-Files: I want to believe» blir en
kinohit. Og han håper allerede på en tredje film.

01.08.2008, 08:11



**«X-Files»-filmen flopper**
Den nye «X-Files»-filmen debuterte katastrofalt dårlig på amerikanske kinoer
denne helgen.

28.07.2008, 08:20



**«X-files»-Gillian skilles**
(VG Nett) Gillian Anderson (37) har gått fra sin ektemann Julian Ozanne.

24.04.2006, 14:23

annonse





Tror på nye episoder av «X-...  ×  +

Case 1:15-cv-00855-TLC Document 51 Filed 10/30/15 Page 23 of 44

www.vg.no/rampelys/tv/tror-paa-nye-episoder-av-x-files/a/23406318/    C    Q Search    ☆ 自 ↓ 合 ⊜ ≡

Michael Grecco P...    Michael Grecco | P...    My account | LE B...    liveBooks editSuite    WORKBOOK Phot...



**Jon Anders Aasbakk** · Senior Produktkonsulent hos Terra Forsikring AS
Ligger X-Files på NRK?
Like · Reply · 2. mars 2015 05:07



**Bjørn Tønseth**
Jon Anders Aasbakk alt handler om rettigheter.... og NRK har mye penger...
Like · Reply · 2. mars 2015 06:11

**Ståle Eliassen** · Jobber for Hjemmeværende husfar
Nå har vel NRK snakket om nedbemanning og oppsigelser i den siste tiden.
Så det er vel ikke et tegn på at de har mye penger.....
Like · Reply · 2. mars 2015 06:16



**Davor Voljevica**
Dagens glad melding.Elsker X-files.
Like · Reply · 👍 2 · 2. mars 2015 02:28



**Eduardo Andres Galvez** · Oslo, Norway
Detta er ikke noe nytt, var snakk om å gjøre 2 sesonger til når David, Gillian og
selveste Chris Carter var på ComicCon i fjor! Så old news VG..
Like · Reply · 👍 1 · 2. mars 2015 03:36



**Lars Ask Blømacher** · Universitetet i Stavanger
Høres ut som Supernatural får konkurranse av en god klassiker.
Like · Reply · 2. mars 2015 03:37



**Tore Mareli Nyland** · Inspektør/QC hos WellConnection AS
Supernatural fikk en kokurent i Constantine i fjord høst ( supernatural er
foresten inspirert av John Constantine, Hellblazer tegneserien , som
Constantine serien er basert på .)
Like · Reply · 2. mars 2015 04:02



**Henke Christensen**
Ikke skift ut skuespillerne ihvertfall, selv om de er blitt 10 år eldfe. Mulder og Scully
er X files.
Like · Reply · 👍 2 · 2. mars 2015 04:02



**Jarl Reinhardsen** · Kristiansand Sør, Vest-Agder, Norway
Denne sjangeren er oppbrukt pga. alle serier som har kopiert eller blitt inspirert av
X-files.
Jeg kan ikke se denne serien komme med noe nytt, som ikke allerede har blitt brukt.
Like · Reply · 2. mars 2015 07:37



**Thomas Nilsen** · Mekaniker/montør/butikkmedarbeider. hos Tromsø Sjøsenter
det blir bra. Håper det kommer på tv2 😊
Like · Reply · 2. mars 2015 08:58

**Load 2 more comments**

f Facebook Comments Plugin




0,99 pr. MB i EU

NÅ ER DET BILLIG

... å surfe, snappe og chatte i utlandet!

*Gjelder i EU/EØS for SjakkMatt-abonnement.

Chess



Chess





VG TV    SISTE    MEST SETT    NYHETER    SERIER    SPORT    RAMPELYS

Uaktuelt med Amir og Odin - episode 11    MADS #4    Episode 3 - Kasim Bæder 2

VG+

Gode historier i eksklusiv innpakning    Prøv for kun 65kr første måned







**Home    News    TV & Radio    Movies    Music    Gossip    Books    What's On    Fun stuff    Royals**

TV Guide    News    International News    Local News

# Scully and Mulder to return to TV?

January 19 2015 at 12:38pm

Comment on this story

### London - A reboot of 'The X Files' is being planned by Fox TV.

The cult sci-fi series originally ran from 1993 to 2002 but the broadcaster is now considering bringing back the show with the iconic FBI duo, Special Agent Dana Scully (Gillian Anderson) and Special Agent Fox Mulder (David Duchovny), who were simply known as Mulder and Scully, in a bid to boost the network's viewing figures.

Gary Newman, chairman of the Fox TV Group, said: "It's true that we've had some conversations on 'X-Files'.

"We're hopeful of being able to bring that back at some point."

Following initial discussions, showmakers are believed to currently be searching for a time at which "key players" Gillian and David are able to reprise their roles in the supernatural drama.

A source said: "Mulder and Scully were one of the greatest TV double acts - and now Fox want them back.



AP/Fox/Michael Grecco

Gillian Anderson and David Duchovny are shown in this 1994 file photo, as FBI agents in the Fox series 'The X-Files'.

"The network feels that they can draw huge numbers and a PR drive to bring back a show which offers both drama and a built in cult following."

However, the fate of the project now lies with scriptwriters who are being trusted to meet the standard of storylines from the original episodes to ensure longevity for the programme once more.

Speaking to the Daily Mirror newspaper, the insider added: "The money deal is in place and now it is time to produce good story lines and a plot which can make this show a long runner again." - BANG Showbiz

Related Stories

- ‘X-Files’ stars up for third movie

**Recommend**  4 people recommend this.

**19**



## Comment Guidelines

- Please read our <u>comment guidelines</u>.
- Login and register, if you haven' t already.
- Write your comment in the block below and click (Post As)
- **Has a comment offended you?** Hover your mouse over the comment and wait until a small triangle appears on the right-hand side. Click triangle (▾) and select "Flag as inappropriate". Our moderators will take action if need be.
- **Verified email addresses:** All users on Independent Media news sites are now required to have a verifie email address before being allowed to comment on articles. You are only required to verify your email address once to have full access to commenting on articles. For more information please read our <u>comment guidelines</u>

**Comments for this thread are now closed.** ✕

**19 Comments**   **Independent Online**    Login

♥ **Recommend**   ⬆ **Share**   Sort by Newest

 **pshemeck** · 3 months ago
I hope it is as good as the originals...
⌃ | ⌄ · Share ›

 **MP3** · 3 months ago
i'd prefer if stargate universe was brought back instead
2 ⌃ | ⌄ · Share ›

 **Jim Lenoir (Banana Jim)** → MP3 · 3 months ago
Same here, or even Firefly. Two great series, axed well before their time.
1 ⌃ | ⌄ · Share ›

 **Vlooi** · 3 months ago
Episode1: The lure of KFC: Why do ANC supporters love KFC so much. Is it about the tololoshe?

Episode2: Zumalia. Is it the tokoloshe himself?
2 ⌃ | ⌄ · Share ›

 **Cunning Stunts** → Vlooi · 3 months ago
Is JZ's head brain located in his arse?
⌃ | ⌄ · Share ›

 **sJohn** · 3 months ago
the truth, as they say, is out there.
3 ⌃ | ⌄ · Share ›

 **Guest** → sJohn · 3 months ago
where?
2 ⌃ | ⌄ · Share ›

 **sJohn** → Guest · 3 months ago
well...uhm.... there.. ==>

out there =====>
5 ⌃ | ⌄ · Share ›

Case 1:15-cv-05888-DLC    Document 15    Filed 10/30/15    Page 28 of 44

**You are here:** IOL  / Tonight  / TV & Radio  / Scully and Mulder to return to TV?



**Services**
**We like to make
your life easier**



**RSS feeds**
Subscribe to one of our
feeds and receive instant
news.



**Mobile**
Browse IOL on your
phone at IOLMobile.



**Newsletters**
Subscribe to our
newsletters. News
to your inbox!

| About IOL | Feedback | Advertising | Terms & Conditions |
| Subscriptions | Contact Us | Sitemap | Privacy Policy |

© 1999 - 2015 INDEPENDENT ONLINE, A DIVISION OF INDEPENDENT MEDIA (PT



# Scully and Mulder to return to TV?

January 19 2015 at 12:38pm

Comment on this story

**London - A reboot of 'The X Files' is being planned by Fox TV.**

The cult sci-fi series originally ran from 1993 to 2002 but the broadcaster is now considering bringing back the show with the iconic FBI duo, Special Agent Dana Scully (Gillian Anderson) and Special Agent Fox Mulder (David Duchovny), who were simply known as Mulder and Scully, in a bid to boost the network's viewing figures.

Gary Newman, chairman of the Fox TV Group, said: "It's true that we've had some conversations on 'X-Files'.

"We're hopeful of being able to bring that back at some point."

Following initial discussions, showmakers are believed to currently be searching for a time at which "key players" Gillian and David are able to reprise their roles in the supernatural drama.

A source said: "Mulder and Scully were one of the greatest TV double acts - and now Fox want them back.

"The network feels that they can draw huge numbers and a PR drive to bring back a show which offers both drama and a built in cult following."

However, the fate of the project now lies with scriptwriters who are being trusted to meet the standard of storylines from the original episodes to ensure longevity for the programme once more.

AP/Fox/Michael Grecco

Gillian Anderson and David Duchovny are shown in this 1994 file photo, as FBI agents in the Fox series 'The X-Files'.

Speaking to the Daily Mirror newspaper, the insider added: "The money deal is in place and now it is time to produce good story lines and a plot which can make this show a long runner again." - BANG Showbiz

Related Stories



Speaking to the Daily Mirror newspaper, the insider added: "The money deal is in place and now it is time to produce good story lines and a plot which can make this show a long runner again." - BANG Showbiz

Related Stories

- 'X-Files' stars up for third movie

Get reliable short-term insurance cover.
Online. Anytime.
CLICK HERE
OLDMUTUAL iWYZE value added insurance
iWYZE is underwritten by Mutual & Federal Insurance Co Ltd. (FSP 12), a member of the Old Mutual group.

Recommend  4 people recommend this.

19

Reprint this

IOL Newsletters
Click here to Sign up now

OUTSURANCE
CLICK HERE
For car, home, business and life insurance.

Join us

TV Highlights    Horoscopes

Get your TV Highlights here

SABC 1 Mzansi fo sho    SABC 2 best at home

SABC 3    e    mnet

Pictures

**Armenia rolls out red carpet for Kim**
April 9 2015

**PICS: Kardashians arrive in Armenia**
April 9 2015

More Tonight

Video

## Comment Guidelines

- Please read our comment guidelines.
- Login and register, if you haven' t already.
- Write your comment in the block below and click (Post As)
- **Has a comment offended you?** Hover your mouse over the comment and wait until a small triangle appears on the right-hand side. Click triangle ( ˅ ) and select "Flag as inappropriate". Our moderators will take action if need be.
- **Verified email addresses:** All users on Independent Media news sites are now required to have a verified email address before being allowed to comment on articles. You are only required to verify your email address once to have full access to commenting on articles. For more information please read our comment guidelines

Comments for this thread are now closed.    ✕

**19 Comments**    Independent Online    🔴 Login

♥ Recommend    ☑ Share    Sort by Newest

**pshemeck** · 3 months ago
I hope it is as good as the originals...
˄ ˅ · Share ›

**MP3** · 3 months ago
i'd prefer if stargate universe was brought back instead
2 ˄ ˅ · Share ›

    **Jim Lenoir (Banana Jim)** → MP3 · 3 months ago
    Same here, or even Firefly. Two great series, axed well before their time.
    1 ˄ ˅ · Share ›

**Vlooi** · 3 months ago
Episode1: The lure of KFC: Why do ANC supporters love KFC so much. Is it about the tololoshe?

Episode2: Zumalia. Is it the tokoloshe himself?
2 ˄ ˅ · Share ›

    **Cunning Stunts** → Vlooi · 3 months ago
    Is JZ's head brain located in his arse?
    ˄ ˅ · Share ›

**sJohn** · 3 months ago
the truth, as they say, is out there.

Scully and Mulder to return ... ×     +

www.iol.co.za/tonight/tv-radio/scully-and-mulder-to-return-to-tv-1.1806410#.VTx8ERcwdsU

Search

MG Michael Grecco P...  MG Michael Grecco | P...  My account | LE B...  MG liveBooks editSuite  W WORKBOOK Phot...

Same here, or even Firefly. Two great series, axed well before their time.

1 ︿ | ︶ · Share ›

**Vlooi** · 3 months ago

Episode1: The lure of KFC: Why do ANC supporters love KFC so much. Is it about the tololoshe?

Episode2: Zumalia. Is it the tokoloshe himself?

2 ︿ | ︶ · Share ›



**Cunning Stunts** → Vlooi · 3 months ago

Is JZ's head brain located in his arse?

︿ | ︶ · Share ›



**sJohn** · 3 months ago

the truth, as they say, is out there.

3 ︿ | ︶ · Share ›

**Guest** → sJohn · 3 months ago

where?

2 ︿ | ︶ · Share ›

**sJohn** → Guest · 3 months ago

well...uhm.... there.. ==>

out there =====>

5 ︿ | ︶ · Share ›

**Guest** → sJohn · 3 months ago

going...

out there ======>

2 ︿ | ︶ · Share ›

**sJohn** → Guest · 3 months ago

when you find the truth,

please bring it back here <=======

2 ︿ | ︶ · Share ›

**Guest** → sJohn · 3 months ago

oki doki

2 ︿ | ︶ · Share ›

**sJohn** → Guest · 3 months ago

*insert thumbs up smiley icon here*

︿ | ︶ · Share ›



**Gringod Rules** · 3 months ago

just do it

︿ | ︶ · Share ›

**Ren** · 3 months ago

They went a bit lame towards the end. The first series was pretty good.

1 ︿ | ︶ · Share ›



**Pizza Slice** · 3 months ago

Show some real aliens this time. Is the CSM dead?

1 ︿ | ︶ · Share ›

**Kaygey** · 3 months ago

Special Agent Fox Mulder will be quite unique as the only conspiracy theorist to actually leave the house.

1 ︿ | ︶ · Share ›

**Andrew Robert Slaughter** · 3 months ago

I am a bit disturbed at the creative bankruptcy we seem to be in, with re-hashes of past trends and genres. The 'X files' series was great in its time, but I think the world needs something fresh now. Are we running out of ideas?

2 ︿ | ︶ · Share ›



PICS: Kardashians arrive in Armenia
April 9 2015

More Tonight

**Video**



VIDEO: Best of the 2015 SAMAs
April 21 2015



VIDEO: The Samas red carpet
April 21 2015

More Tonight

**Property**



Sunninghill

R 1,999,999
2 Bedroom(s)
2 Bathroom(s)

View Details
‖► Search

**Business Directory**



CLICK HERE



"We will help you become debt free"



CLICK

 **Kaygey** · 3 months ago
Special Agent Fox Mulder will be quite unique as the only conspiracy theorist to actually leave the house.

1 ⌃ | ⌄ · Share ›

 **Andrew Robert Slaughter** · 3 months ago
I am a bit disturbed at the creative bankruptcy we seem to be in, with re-hashes of past trends and genres. The 'X files' series was great in its time, but I think the world needs something fresh now. Are we running out of ideas?

2 ⌃ | ⌄ · Share ›

 **Paul Mark Maarman** → Andrew Robert Slaughter · 3 months ago
....yeah, either is going to be an AWESOME resurrection or just a waste...V comes to mind...

3 ⌃ | ⌄ · Share ›

**James** → Paul Mark Maarman · 3 months ago
Might just as well run Star Trek again. How about Heidi. I still get goose bumps when I hear the intro.

⌃ | ⌄ · Share ›

ALSO ON **INDEPENDENT ONLINE**                          WHAT'S THIS?

**SA swim star held for theft in US**
254 comments · 18 hours ago
 David — "His mother, Su Bonney, refused to comment when contacted this week, except to say: "How come his three …

**Whites-only bursaries to be scrapped**
835 comments · 18 hours ago
 jayceevanrooyen — This is racist, black vs white. If I'm a Greek would it be ok to leave my money to students from a Greek …

**Xeno hotspots: army deployment a worry**
196 comments · 15 hours ago
 Foreigner — Ban Ki-Moon earlier in the week voiced his concern over Xenophobia and the seven who died as a result. I …

**KZN cops arrest suspected drug dealers**
9 comments · 16 hours ago
 Whos fooling who — I suppose these people didn't pay protection money as there are at least twenty known drug joints in …

✉ Subscribe   ⊘ Add Disqus to your site   ⊳ Privacy                    **DISQUS**



 **Cash strapped?**        **Cell contract increases**

You are here: IOL / Tonight / TV & Radio / Scully and Mulder to return to TV?

 **IOL Services**
We like to make your life easier

 **RSS feeds**
Subscribe to one of our feeds and receive instant news.

📱 **Mobile**
Browse IOL on your phone at IOLMobile.

✉ **Newsletters**
Subscribe to our newsletters. News delivered to your inbox!

 **Twitter**
Join us now

f **Facebook**
Join us now

About IOL       Feedback       Advertising       Terms & Conditions
Subscriptions   Contact Us     Sitemap         Privacy Policy

 



© 1999 - 2015 INDEPENDENT ONLINE, A DIVISION OF INDEPENDENT MEDIA (PTY) LTD. Read Copyright





Get 30 Days of Free Digital Access and Home Delivery Yes please!

Cars | Jobs | Homes | Classifieds | Deals | Contact Us LOGIN REGISTER SUBSCRIBE

Saturday, April 25, 2015
Weather & Traffic

Sections News Sports Opinion Business Features & Entertainment Photos Video Weeklies Today's Paper

(ADVERTISEMENT)

# The X-Files to return after '13-year commercial break'

By JUSTIN MOYER The Washington Post
Posted: March 31, 2015 at 1:54 a.m.

1 1

*Credit: FILES*

FILE--Gillian Anderson and David Duchovny star in the thriller -science fiction "The X-Files," which garnered a nomination for Outstanding drama series Thursday, July 20, 1995. Both appear in a 1994 file photo. (AP Photo/file/Fox/Michael Grecco)

## Most Popular

COMMENTED VIEWED EMAILED

- School board tackles nondiscrimination policy changes | NWADG
  10 comments · 11 hours ago
- Clinton Foundation puts tax returns under review | NWADG
  7 comments · 11 hours ago
- Finding The Next McVeigh | NWADG
  83 comments · 4 hours ago
- U.S. drone hit on al-Qaida kills hostage | NWADG
  12 comments · 11 hours ago
- Others Say First bloom of compromise | NWADG
  2 comments · 10 hours ago

**Raw: Nepal Quake Kills Dozens in India**
AP

**Raw: Nepal Quake Kills Dozens in India**
Officials say at least 34 people have been killed and dozens...

**Raw: Crowds Gather for Baltimore Protest**
A crowd gathered in Baltimore's Sandtown...

**Angst About Iran Deal at GOP Jewish Meeting**
Republican luminaries and presidential hopefuls...

**Ozark Demolition Derby**

10th Annual Spring Ozark Demolition Derby

View Offer »

Get 30 Days of Free Digital Access and Home Delivery Yes please!

*Question 1 of 2 or fewer:*
How often do you play games (video games, mobile games)?

Almost never
Once a month or so
Once a week
A few times a week
Once a day
Multiple times a day
Prefer not to answer

Show me a different question

*or*

Subscribers
Sign in to skip survey questions
Sign In

New Users
Start a print or digital subscription
Subscribe

Learn more – Privacy

(ADVERTISEMENT)

« Previous Story

**Son's rap tunes rattle Mom**

DEAR CAROLYN: My young teenage son loves rap music. I feel deeply uncomfortable with the misogyny, aggression ... Read »

Next Story »

**From the airy to the epic, new shows dish it ...**

The cute, the quirky and the conflict -- something debuts tonight for just about everybody. Here they are in o... Read »

**From Around the Web**

ADVERTISEMENT

Top 10 Colleges That Make MILLIONAIRES

"The way you live, retire, and invest-it could all soon change in ways most Americans don't expect"

Reveal Radiant Skin with Tatcha. Beloved by Geisha. Proven by Science. Remastered for You.

Homeowners are Paying Next to Nothing for Solar Panels. See how you can save.

3 Death Foods to Avoid. Are These Foods Killing You From The Inside?





Copyright © 2015, Northwest Arkansas Newspapers LLC.
All rights reserved.
This document may not be reprinted without the express written permission of Northwest Arkansas Newspapers LLC. Please read our Terms of Use or contact us.
Material from the Associated Press is Copyright © 2015, Associated Press and may not be published, broadcast, rewritten, or redistributed. Associated Press text, photo, graphic, audio and/or video material shall not be published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium. Neither these AP materials nor any portion thereof may be stored in a computer except for personal and noncommercial use. The AP will not be held liable for any delays, inaccuracies, errors or omissions therefrom or in the transmission or delivery of all or any part thereof or for any damages arising from any of the foregoing. All rights reserved.

4/25/15, 7:47 PM




1993, to May 19, 2002. Scheduled to appear are series creator Chris Carter, as well as writer/producers David Amann, Vince Gilligan, Howard Gordon, Darin Morgan, Glen Morgan, John Shiban, Jim Wong and other guests who are yet to be announced.

It has been reported that one of the show's stars, Gillian Anderson, will make an appearance. However, it has not been confirmed whether Special Agent Mulder actor David Duchovny will be there.

Here's hoping that the duo of Mulder and Scully will be reunited once again!


U·T San Diego DEALS    View All
SAN DIEGO SAILING TOURS
San Diego Bay Private Yacht Cruise w/Wine, 50% Off

## COMIC-CON



- Latest headlines, celeb sightings, photos, videos and schedules from Comic-Con 2014

---

### You Might Also Like



**Faith Hill Kicks Tim McGraw Out of the House in Latest...**
Stirring Daily



**Thinking Of Putting In Solar Panels? Read This First**
Home Solar Advice



**Hollywood's Riches to Rags: 40 Stars Who Have Lost It All!**
PressroomVIP



**Retirees Should Think Twice Before Living in these 10 States**
Kiplinger



**This App is Quickly Replacing Human Financial Advisors**
Business Insider



**13 TV Deaths We Still Can't Accept**
Celebrity Gossip Answers

---

### From Around the Web

- ■ **Everything Changes For Southwest Airlines Today** Money
- ■ **Notorious Movies That Were Career-Ending** Answers.com
- ■ **What Does Your Surname Say About You** Ancestry
- ■ **How Alcohol Affects Your Heart** HealthCentral
- ■ **TransAsia Disaster: At Least One Engine Failed After Take-off** Fortune
- ■ **Forget The iPhone 6. Next Hit Apple Product Revealed** The Motley Fool

### We Recommend

- ■ **Ex-Chargers Exec Backs Spanos Claim**
- ■ **Man Drives Off Cliff, Airlifted With Severed Leg**
- ■ **A Win-win-win For Chargers, Mariota, Oregon**
- ■ **Revise State Water Board Rules To Protect Region, Economy**
- ■ **NOT A Positive Day For San Diego**
- ■ **Chargers Stars Rivers, Weddle In Balance Page 2 Of 2**



4 Steps to Longer & Thicker Hair Without Having to Cut It

10 Countries with the Most Beautiful Women in the World

Diabetes Breakthrough: Doctors Speechless

Controversial "Limitless Pill" Used By The 1%

Remove Eye Bags Easily

## 0 COMMENTS

BE RELEVANT, RESPECTFUL, HONEST, DISCREET AND RESPONSIBLE. COMMENTING RULES

Add a comment...

☑ Also post on Facebook     Posting as Mykle Parker ▾   **Comment**

Facebook social plugin


TEMPUR-PEDIC FREE SAME DAY DELIVERY, SET UP & REMOVAL   SLEEP TRAIN MATTRESS CENTERS   Start Here


Balboa Park 100 Memories. 16 of 100

↑



**U-T SAN DIEGO**

About Us
Contact Us
U-T Store
Advertise with Us
Job Opportunities
Frequently Asked Questions
Privacy Policy
Terms Of Use
Subscription Information & Policies
Newspaper in Education

**CONNECT WITH THE U-T**

**HELP**

Customer Service
Manage Subscription
Vacation Stop

**QUICK LINKS**

Apps
Mobile
E-edition
Guides
Archives
Buy U-T Photo
Business Listings
Special Ad Sections
Forums
Crossword
Sudoku
Horoscope
Gas Prices
Lottery
WSRadio

# U-T
## San Diego

Upgrade your browsing experience with a paid subscription to the U-T.

**SUBSCRIBE**

Search Jyllion for products

**QUICK JYLLION SEARCHES:**

· kate spade new york stacy wallet ·
nixon the unit · leappad 2 power ·
clarks extra wide shoes · best 8gb
memory

SIGN UP FOR EMAIL ALERTS

© 1995-2015 The San Diego Union-Tribune, LLC | An MLIM Company | All Rights Reserved | 350 Camino de la Reina, San Diego, CA 92108

ImageFlights Sightings | UT 'The X-Files' to celebrate 20... | Case 11116cv 08556501LLC Document 151 Filed 11030155 Page 41 of 44

www.utsandiego.com/news/2013/jul/03/xfiles-comic-con-sandiego-gillianderson/

xfiles grecco-fox

MG Michael Grecco P... | Michael Grecco | P... | My account | LE B... | liveBooks editSuite | W WORKBOOK Phot...



**Today** Money

- **Notorious Movies That Were Career-Ending**
  Answers.com
- **What Does Your Surname Say About You**
  Ancestry
- **How Alcohol Affects Your Heart**
  HealthCentral
- **TransAsia Disaster: At Least One Engine Failed After Take-off** Fortune
- **Forget The iPhone 6. Next Hit Apple Product Revealed** 🖾 The Motley Fool

- **Man Drives Off Cliff, Airlifted With Severed Leg**
- **A Win-win-win For Chargers, Mariota, Oregon**
- **Revise State Water Board Rules To Protect Region, Economy**
- **NOT A Positive Day For San Diego**
- **Chargers Stars Rivers, Weddle In Balance Page 2 Of 2**

Recommended by Ⓞutbrain

### SPONSORED FROM AROUND THE WEB

4 Steps to Longer & Thicker Hair Without Having to Cut It

10 Countries with the Most Beautiful Women in the World

Diabetes Breakthrough: Doctors Speechless

Controversial "Limitless Pill" Used By The 1%

Remove Eye Bags Easily

---

 **0** ## COMMENTS
BE RELEVANT, RESPECTFUL, HONEST, DISCREET AND RESPONSIBLE. COMMENTING RULES


Add a comment...
 ☑ Also post on Facebook    Posting as **Mykle Parker** ▾    Comment

f Facebook social plugin

 TEMPUR-PEDIC **FREE** SAME DAY DELIVERY, SET UP & REMOVAL   SLEEP TRAIN MATTRESS CENTERS Start Here

 Balboa Park 100 Memories. 16 of 100



---

NEWS  SPORTS  BUSINESS  ENTERTAINMENT  U-T TV  U-T VIDEO  MILITARY  OPINION  U-T OFFERS  CLASSIFIEDS  REAL ESTATE  CARS

**U-T SAN DIEGO**

About Us
Contact Us
U-T Store
Advertise with Us
Job Opportunities
Frequently Asked Questions

**HELP**

Customer Service
Manage Subscription
Vacation Stop

**QUICK LINKS**

Apps
Mobile
E-edition
Guides
Archives
Buy U-T Photo

U-T San Diego

Upgrade your browsing experience with a paid subscription to the U-T





Get 30 Days of Free Digital Access and Home Delivery **Yes please!**

DEAR CAROLYN: My young teenage son loves rap music. I feel deeply uncomfortable with the misogyny, aggression ...
Read »

The cute, the quirky and the conflict -- something debuts tonight for just about everybody. Here they are in o... Read »

ADVERTISEMENT

**From Around the Web**

Top 10 Colleges That Make MILLIONAIRES

"The way you live, retire, and invest it could all soon change in ways most Americans don't expect"

Reveal Radiant Skin with Tatcha. Beloved by Geisha. Proven by Science. Remastered for You.

Homeowners are Paying Next to Nothing for Solar Panels. See how you can save.

3 Death Foods to Avoid. Are These Foods Killing You From The Inside?



OVER 50 YEARS OF EXPERIENCE

Award-winning custom designs exhibit a distinctive characteristic of old-world craftsmanship elevated to a modern-day standard of excellence.

ON DICKSON STREET IN FAYETTEVILLE
479.521.2000 | UNDERWOODS.COM

**0 Comments**     NWAonline                                    🔴 Login ⌄

♥ Recommend      ⤴ Share                              Sort by Oldest ⌄

Start the discussion...

Be the first to comment.

ALSO ON NWAONLINE                                    WHAT'S THIS?

**State's voting-gear solicitation favors firm, rival says | NWADG**
4 comments • 3 days ago
jeffieboy — I don't trust machines or the people that run them. There are just too many clever people running ...

**State gets schooled | NWADG**
1 comment • 3 days ago
DarkHawk98 — see John, it pays to network. I wonder if they attend the same church.

**Wal-Mart's CEO pay falls 24% for 2014 | NWADG**
1 comment • 2 days ago
identification — Showing up at near the BOTTOM of the 50 supermarket chains in Consumer Reports ...

**UA historian to look at Russian smoking | NWADG**
5 comments • 2 days ago
identification — "$121,250 in federal grant money from the National Institutes of Health to study smoking ...

✉ Subscribe   Add Disqus to your site   Privacy          DISQUS

## NWADG
Obituaries
Celebrations
Events
NIE
Subscribe
Advertise

## Sports
High School
College
Professional
Outdoors
ARPreps
WholeHogSports

## News/Opinion
Local News
State News
National News
International News
Local Opinion
All Opinion/Editorial

## Weeklies
Bella Vista Weekly Vista
Westside Eagle Observer
TFW (The Free Weekly)
McDonald County Press
La Prensa Libre
The Herald-Leader
Times of NE Benton County
Wash Co Enterprise Leader

## Multimedia
Videos
Photos
Purchase Prints

## Contact
Advertising
Circulation
Customer Support
Photography
Newsrooms
Submission Forms

Copyright © 2015, Northwest Arkansas Newspapers LLC.
All rights reserved.
This document may not be reprinted without the express written permission of Northwest Arkansas Newspapers LLC. Please read our Terms of Use or contact us.

Material from the Associated Press is Copyright © 2015, Associated Press and may not be published, broadcast, rewritten, or redistributed. Associated Press text, photo, graphic, audio and/or video material shall not be published, broadcast, rewritten for broadcast or publication or redistributed directly or indirectly in any medium. Neither these AP materials nor any portion thereof may be stored in a computer except for personal and noncommercial use. The AP will not be held liable for any delays, inaccuracies, errors or omissions therefrom or in the transmission or delivery of all or any part thereof or for any damages arising from any of the foregoing. All rights reserved.